UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :

            :      CRIM. NO.3:05CR320 (JCH)

v.                   :

            :

SELEANA BEMBER          :

## FINDING AND RECOMMENDATION ON A PLEA OF GUILTY

Following referral of the captioned matter to me by Judge Janet C. Hall, with the

written consent of the defendant, counsel for the defendant and counsel for the United

States, and following a hearing held in open court and on the record, based upon the

answers given by the defendant under oath, on the record, and in the presence of

counsel; and the remarks of defense counsel and the Assistant United States Attorney, I

(1)  FIND that the defendant is competent to plead, that defendant understands the

charges against her, that she knows her rights to trial and appeal, that she knows what the

maximum possible sentence and term of supervised release are, and that the sentencing

guidelines may apply; that there is a factual basis for the defendant's plea, and that this

defendant's waiver of indictment, waiver of rights and plea of guilty have been knowingly

and voluntarily made and not coerced; and

(2)  RECOMMEND to Judge Hall  that the defendant's plea of guilty be accepted.

It is so ordered.

ENTERED at Bridgeport, Connecticut, this 7<u>th</u> day of August 2006.


_____
HOLLY B. FITZSIMMONS
U.S. MAGISTRATE JUDGE