**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
|     Plaintiff : | |
| : | CRIMINAL ACTION NO. |
| v. : | 3-05-CR-00320 (JCH) |
| : | |
| SELEANA BEMBER : | JANUARY 16, 2007 |
|     Defendant : | |

## ORDER

The defendant, Seleana Bember, is ordered remanded to the custody of the U.S. Marshall's Service today at Bridgeport, Connecticut. By presenting herself to the U.S. Marshall's today, the defendant has satisfied the court in surrendering for service of her sentence.

**SO ORDERED.**

Dated at Bridgeport, Connecticut, this 16th day of January, 2007.

                                                /s/ Janet C. Hall
                                                Janet C. Hall
                                                United States District Judge